IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| )                               | 4:02CR3135 |
| Plaintiff,       ) | |
| ) | |
| vs.                                        ) | ORDER |
| ) | |
| BRUCE R. MAHLIN,                    ) | |
| ) | |
| Defendant.    ) | |

IT IS ORDERED that a revocation hearing is set to commence at **12:30 p.m. on January 26, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:  January 17, 2006.

BY THE COURT

s/ David L. Piester
_____
David L. Piester
United States Magistrate Judge